# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | ) | |
| ONE ANDROID CELLULAR | ) | |
| TELEPHONE WITH BLACK CASE | ) | **Case No. 1:24-mj- 198-AJ-01** |
| CURRENTLY IN THE CUSTODY OF | ) | |
| HOMELAND SECURITY | ) | |
| INVESTIGATIONS, 275 CHESTNUT | ) | |
| STREET, ROOM 307, MANCHESTER, | ) | |
| NEW HAMPSHIRE | ) | |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Lori Robinson, a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, do depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a warrant authorizing the search of one Android cell phone with black case, which was seized from Chad AMODIO and is currently in the custody of Homeland Security Investigations, 275 Chestnut Street, Room 307, Manchester, New Hampshire 03101 ("the Device").  I seek authorization to search the Device and extract from it electronically stored information that constitutes evidence, fruits, and instrumentalities of criminal violations which relate to the possession of and access with intent to view child pornography, as described in Attachment B.

2.      I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since 2014.  I am currently assigned to the Manchester, New Hampshire field office.  As part of my regular duties as an agent, I investigate criminal

violations relating to a broad range of immigration and customs related statutes, including those relating to child exploitation, child pornography, and human trafficking.  I have received training in the area of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. §2256) in various forms of media, including digital/computer media.  I have assisted investigations and executed search warrants involving child exploitation and child pornography offenses.

3.      I am a "Federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

4.      The information contained in this affidavit is based on information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence obtained during this investigation. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of the Specified Federal Offenses are presently located on the Device.

5.      I submit that the facts set forth in this affidavit establish probable cause to believe that Chad AMODIO has committed violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of and/or Access with Intent to View Child Pornography, and that evidence and fruits, and instrumentalities of such violations will be found on the Device.

## **STATUTORY AUTHORITY**

6.      This investigation concerns alleged violations of 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor, and § 2252A(a)(5)(B), related to possession of and access with intent to view child pornography.  A previous federal search warrant (24-mj-184-01-AJ) authorized a search of the device for evidence of violations of § 2422(b).  This application seeks authority to expand the search of the device to include searching for evidence of violations of § 2252A(a)(5)(B).  As set forth below, this request is based on material observed on the device while executing federal search warrant 24-mj-184-01-AJ.

7.      Section 2252A(a)(5)(B) makes it a crime for any person to knowingly possess or access with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8).  "Child pornography" includes any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where (A) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (B) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (C) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. 18 U.S.C. § 2256(8).  "Sexually explicit conduct" is defined by 18 U.S.C. § 2256(2)(A) as "actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal . . .; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person."

8.      "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage

3

functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile devices. See 18 U.S.C. § 1030(e)(1).

9.      The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

10.     An "Internet Protocol address" or "IP address," as used herein, refers to a unique numeric or alphanumeric string used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

11.     "Minor" means any person under the age of 18 years.  18 U.S.C. § 2256(1).

**PROBABLE CAUSE**

12.     In April 2024, HSI Special Agent (SA) Ronald Morin received information from Assistant United States Attorney (AUSA) Matthew Hunter regarding an investigation by the Haverhill (MA) Police Department (HPD) and the United States Marshals Service (USMS) involving Chad AMODIO.  AUSA Hunter provided SA Morin the HPD and USMS case

documents via email.  In May 2024, SA Morin advised me of the investigation and provided me with the case documents to review, which contained the following information.

13.     On March 31, 2015, Chad AMODIO was sentenced in the United States District Court for the District of Maine to 40 months of imprisonment following his guilty plea to travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. Section 2423(b).  The Court also imposed five-years of supervised released and ordered the defendant to register with the state sex offender registration agency in the state where he resides, works, or is a student.  As part of AMODIO's registration, he is required to provide internet identifiers and addresses.

14.     On December 31st, 2023, Detective Kaylee Sarfde from the Haverhill Police Department received an unsolicited message on an undercover account which is utilized for child exploitation related investigations.  The message was received from an individual utilizing the Chat Avenue username "CookieMunchin (Referred to hereinafter as Target User)".  Chat Avenue is a website that hosts chat rooms where users can exchange messages and engage in chat conversations with other users.  Detective Sarfde was using an undercover (UC) persona of a thirteen-year-old female on the website Chat Avenue in the chat room titled "Teen Chat".

15.     Beginning on December 31, 2023, the UC had numerous chat conversations with CookieMunchin via Chat Avenue.  During the first chat conversation, the UC advised CookieMunchin that she was 13 years old and in middle school.  She also advised that she lived in Haverhill, Massachusetts.  CookieMunchin advised the UC that he lived in the Lakes Region of New Hampshire and that he was "older," but did not initially provide his exact age.  A few days into their communications, CookieMunchin advised the UC that he was 47 years old.  The UC asked CookieMunchin if it was okay that she was 13, to which CookieMunchin responded, "Probably not."  However, CookieMunchin continued to engage with the UC, telling her that he

was interested in being "friends with benefits."  CookieMunchin repeatedly told the UC that she

was beautiful and that he would like to meet her in person, but if they did it would be "hard for

[him] to behave."

      16.     Between January 5, 2024, and January 17, 2024, CookieMunchin and the UC

continued to correspond on Chat Avenue.  CookieMunchin asked the UC questions about her

sexual experience and what kinds of "sex stuff" she had thought about.  CookieMunchin asked

the UC for photos of herself, at first assuring her that he was not seeking anything

"inappropriate," but later asking her for pictures "out of your tshirt" or in her "undies" or in a

bathing suit.  The following are a selection of the chats exchanged between CookieMunchin

("Target User") and the UC via Chat Avenue (not all inclusive and not verbatim):

| | |
|---|---|
| Target User | "Nothing. I'm sorry."……."Forget I said it."….. "Ugh. I guess what I mean is that you are so pretty I might have a difficult time behaving myself."…."I mean like would you want to do anything" |
| UC | "idk all that stuff I never even kissed any1" |
| Target User | "I'm sure you would be an amazing kisser. You look like you have nice soft lips."………..Is kissing all you've thought about" |
| UC | "no like sex stuff" |
| Target User | "lol. Such as" |
| UC | "like sex lol" |
| Target User | "Just penous in bank. Vajj. Or other things." |
| UC | "lol yes" |
| Target User | "Which. Penous in vajj or the other stuff." |
| UC | "ya the first 1" |

| Target User | "Well the first one is great but all the other stuff that leads up to that is the most fun"………… "I still really want to see you in your pjs ever since last night. Lol" "What exactly do you wear for pjs" |
|---|---|
| **Later on January 5, 2024** | |
| Target User | "You look amazing. What a smile." |
| UC | "awwww thank u sm. (3 smiley face emojis). U r soo nice." |
| Target User | "I'd love (heart emoji) to see you out of your tshirt" |
| Target User | "I'm beside myself with how beautiful your eyes are. Like them is an understatement." |
| UC | "thank you (2 smiley face emojis). U r making me smile." |
| Target User | "Can I see you now in your pjs plz. Honestly looking at your eyes makes me smile. And maybe a little more. Sweetie?" |
| Target User | "Just amazing. I'm so imagining unbuttoning your top rn. Omg! I hope you don't mind." |
| Target User | "Would you stop me??? Lol" |
| UC | "no" |
| Target User | "Really. What if I wanted to slip your bottoms off?" |
| UC | "that's ok 2" |
| Target User | "And if I were to kiss you all over your bare body. Baby girl?" |

17.     During the chats, CookieMunchin directed the UC to download the text messaging application TextNow, a free texting/calling application used on cellular devices.  On

January 17, 2024, the Target User and the UC began exchanging messages through TextNow. The Target User was using the TextNow number (603)741-0877. The following are a selection of chats between the Target User and the UC persona on TextNow (not all inclusive/non-verbatim):

| January 17, 2024 | |
|---|---|
| Target User | "Just one thing I don't know if your mom ever checks your phone but you might want to delete our conversations when we're done……You don't ever have to be afraid to ask me anything." |
| UC | "awwww ok I won't b." |
| Target User | "She would absolutely lose her mind if she know you were talking to me. And I would absolutely lose my mind if there was any reason why I wouldn't be able to talk to you." |
| UC | "ya she would prob b mad." |
| Target User | "Yeah, I probably wouldn't say anything if I were you. Lol." |
| Target User | "I so shouldn't say this but I bet you taste so sweet." |
| Target User | sends a Startrek GIF picture of people kissing and writes, "Maybe I should find out". |
| UC | "I have never kissed b4." |
| Target User | "I fuckin love you (kissing emoji). You are so beautiful. You have no idea how bad I want to see more. Your eyes are just so gorgeous." |
| UC | "omg aww thank u sooo much." |
| Target User | "I'm willing to bet every part of you is amazing." |

| UC | "aww I hope ao. so." |
|---|---|
| Target User | "Am I going to find out?" |
| UC | "wym". |
| Target User | "I was kinda suggesting that I would like to find out how perfect everything else is." …….. "And I was wondering if you were going to let me find out." |
| UC | "I would have 2 get 2 know u more… is that ok." |
| Target User | "I think that isn't too much to ask. Maybe you could give me a little sample?" |
| UC | "like a pic u mean." |
| Target User | "Sure. Until we get to know each other better." |
| UC | "what else did u mean then." |
| Target User | "I mean like when we see each other like for real. A couple pictures would definitely keep me plenty happy until you're ready to do more. I just can't get over how sweet and how beautiful you are." |
| **January 18, 2024** | |
| UC | "oh nice. in math class." |
| Target User | "Oh, isn't that fun? No wonder you're bored." |
| UC | "soooo boring." |
| Target User | "So do you want me to come pick you up and get you out of there?" |
| UC | "how would u do that." |
| Target User | "call and have you dismissed." |
| UC | "would u rlly do that." |

| Target User | "Idk. Would you want me to." |
|---|---|
| UC | "i would be a lil nervous 2 get in trouble." |
| Target User | "ok" |
| UC | "Wouldn't u" |
| Target User | "Yeah." |
| UC | "me 2 lol" |
| Target User | "Maybe we could figure something out." |
| Target User | "Bad in that I want to see something inappropriate now!" |
| Target User | "I'm ready for bed and I think you should come with me. Lol. So getting back to inappropriate. How inappropriate are you willing to be?? Lol. So not at all?" |
| UC | "I can't send u inappropriate pic. I would b in a lot of trouble girls at my school got in trouble 4 it." |
| Target User | "How did they get in trouble." |
| UC | "bc the pics were around the school and some1s mom found it and they got in trouble. Even the police were called." |
| Target User | "Well you are right to be concerned. But if you share something with me it's definitely not going any further than me." |
| Target User | "Nobody wants their stuff out there. I don't want anything of you out anywhere. You know what else I really want rn?" |
| UC | "what do you want." |
| Target User | "To be your first kiss. What do you think about that. ???? The suspense is killing me. Sweetie???? Where are you." |

| Target User | "I mean that I honestly think kissing you might get me excited to the point where my penis starts to get hard." |
|---|---|
| UC | "oh wow." |
| Target User | "Wow what. You excite me. Just the thought of kissing you does." |
| UC | "does it rlly. That's exciting." |
| Target User | "Honestly it does. Just thinking about it. Wait. Are you saying me getting hard over you is exciting??" |
| UC | "ya. Isn't it???" |
| Target User | "Would you want me to let you touch it." |
| UC | "if u want me 2" |
| Target User | "Really. You would." |
| UC | "u would have 2 tell me what 2 do lol." |
| Target User | "Are you getting excited talking about this." |
| UC | "yes r u" |
| Target User | "Honestly I am. How exciting are you exactly ???" |
| UC | "I am very" |
| Target User | "Excited enough to take your pajamas off" |
| UC | "i have 2 go to bed it's already past my time. if my mom catches me on my phone i will def be in trouble." |
| **January 19, 2024** | |
| UC | "it's just a lil hard 4 me 2 talk on the phone n stuff bc I live w my mom n have school n stuff." |
| Target User | "I know. I'm trying hard to find a time we could do that. .Like if |

| | |
|---|---|
| | you can't find time to talk for a few minutes then how would you find time to actually see and do something with me, Don't think I'm pressuring you either. I'm not." |
| UC | "well I am just a kid." |
| Target User | "I'm just trying to completely understand you." |
| UC | "n I never did this b4." |
| Target User | "I know" |
| UC | "I don't want 2 get in trouble." |
| Target User | "I don't want you to get in trouble and I don't want to get in trouble either." |
| UC | "my mom is on nights some days nxt week tho." |
| Target User | "I do want you to know that I really like you a lot. A LOT! And I don't have any bad intentions in liking you. What does her being on nights next week mean for us?" |
| Target User | "Let me ask you this. When we talked about an inappropriate picture. Would you be willing to take one in your undies." |
| UC | "no I don't feel comfortable w doing that. Like I said I don't know u in real life." |
| Target User | "Okay. I was just thinking that isn't really inappropriate and it would make me a lot more uncomfortable and patient." |
| UC | "I don't think I'm ready 4 that yet." |
| Target User | "Ok. Let's try this. Say I come and pick you up." |
| UC | "how do u think u could do that." |

| Target User | "What are you curious about and what do you want to do. How do I come pick you up." |
|---|---|
| UC | "I mean we could meet somewhere that I could walk 2." |
| Target User | "If we decide we both want to we will figure it out. Ask your friend how she's done it." |
| Target User | "We would definitely need to plan it." |
| UC | "yes so we don't get caught n in trouble." |
| Target User | "Maybe you should ask your friend what she's done with the guys she's met." |
| Target User | "Sweetie I swear I will do anything you want me to. I'll teach you anything you want to know." |
| Target User | "Ava. I really want to see you in your undies. I mean you're talking about me teaching you to have sex. Nobody's gonna get in trouble for you being in your undies. How about this. You do that for me and I'll teach you anything you can think of." |
| UC | "I can't send u that. I don't want any pics of me anywhere. I told u I'm not comfortable. |
| Target User | "I don't get how you're comfortable with me teaching you about sex but you're uncomfortable showing me you in underwear." |
| UC | "bc it's a pic of me." |
| Target User | "If you want to have sex. You won't have your underwear on." |
| UC | "what if ur phone got hacked. Ya but sending a pic is diff." |
| Target User | "First my phone won't be hacked. Second. Like I told you |

| | yesterday. The picture disappears. Think of it like the first step. Sweetie?? Don't get all quiet on me." |
|---|---|
| UC | "no I can't do that I'm sorry" |
| **January 23, 2024** | |
| Target User | "Oh so you know more than you let on about sex stuff!?!? Lol" |
| UC | "not that much but i am learning." |
| Target User | "Ok. So will I be in charge of teaching you everything you don't know yet?" |
| Target User | "You don't know what I'm thinking. Lol. Hello?" |
| UC | "what ru thinking." |
| Target User | "Do you really want to know." |
| UC | "ya ofc" |
| Target User | "Watch this. (sends Pornhub link) What do you think??" |

18.     On January 23, 2024, the Target User sent a message to the UC persona saying, "Watch this", followed by a link to "Pornhub" an online pornography video sharing website. The video, titled, "The Brightest Orgasms from Cunnilingus after a Hard Day's Work," depicted a male and female engaged in sexual activity.  Throughout the video, the female's breasts are exposed, and the male is performing oral sex on the female's genital area.  There are points in the video in which the female's genitals can be seen.  The target user sent this content believing that it would be viewed by a minor child under the age of eighteen. The following chats continue (non-verbatim):

| UC | "omg is that u????" |
|---|---|
| Target User | "Of course not" |
| UC | "is that what u want 2 do with me." |
| Target User | "What do you think. You asked what I'm thinking. That's what I'm thinking. Now what are you thinking." |
| Target User | "would you like that??" |
| UC | "I think I would." |
| Target User | "What about giving a bj." |
| UC | "is that a blow job lol. i heard that b4." |
| Target User | "Would you like me to show you. Or not. Okay if you're not going to say anything I'm going to go to bed." |
| UC | "I'm still here my mom came in 2 say gnight." |
| Target User | "I want you to take that big brown sweatshirt off and let me see your gorgeous body." |
| UC | "I can't do that (frown face emoji). I already told u." |
| Target User | "You can. You just won't. There's a difference." |
| **January 24, 2024** | |
| Target User | "So I come pick you up. We need to figure out where we can go. I'm kinda surprised that you wouldn't take me to you house when mom's working. That would be the easiest thing to do." |
| UC | "we have a camera for our doorbell." |
| Target User | "Back door. ??" |
| UC | "ya there 2. I would have 2 go somewhere else." |

| Target User | "I think there would be questions if it was a hotel. The car would be awkward, I think. I hate these long pauses." |
|---|---|
| UC | "ya prob. Y do you think a hotel would be not good." |
| Target User | "You and I together?? I'm thinking that would set off red flags. Okay you're not really saying much I'm going to bed." |
| **January 25, 2024** | |
| Target User | "okay. What time do you actually get off the bus. On the afternoon of. In the afternoon." |
| UC | "um 330 ish." |
| Target User | "Where do you get dropped off. I'm thinking maybe I can pick you up one day that mom's working." |
| UC | "at the end of my street. That would b a good idea." |
| Target User | "What street?" |
| UC | "I live in far wood." |
| Target User | "So it drops you off on S. Main st." |
| UC | "I think that's the street." |
| Target User | "I'm sorry I'm so paranoid and asking all these questions." |
| UC | "It's ok don't b sorry." |
| Target User | "you know that whole thing about you taking a picture in undies?" |
| UC | "ya" |
| Target User | "Well for one thing if you would I'd be way less uptight about everything. But if you absolutely won't do it can we compromise?!!" |

| Target User | "How would you feel about a bathing suit?" |
| --- | --- |
| Target User | "Can you please give me something. I mean you must have worn a bathing suit around other people before. It's not inappropriate in any way." |
| UC | "ya I know but no one has pics of me. I'm not comfortable." |
| Target User | "Tight shorts and top?" |
| UC | "I will think about it ok." |
| Target User | "I'm trying to compromise. I honestly thought a bathing suit would be a good compromise." |
| UC | "ya idk" |
| Target User | "Also, you have to figure that if I come to get you chances are I'm going to see it anyways." |
| UC | "I know but I haven't even met u yet." |
| Target User | "That's true and I understand that but to me, the fact that you would be willing to do that would make me want to come and meet you. It's sort of like showing me that you're really really serious about this. And don't think that I don't get where you're coming from because I do." |
| UC | "ya idk. Sorry. I do want 2 meet u but idk how that shows u anything. 4 all I know u could have a pic of me and stop talking to me. But u will still have that pic." |
| Target User | 'Honestly, what you're saying is really smart and 100% right. I'm totally not that kind of guy, but you don't know that. Who knows |

| | |
|---|---|
| | you might take one look at me and say no friggin way." |
| **January 26, 2024** | |
| Target User | "Remember that video I sent you." |
| UC | "yes" |
| Target User | "That's my absolute favorite thing to do. I will do that before after and during. Good night love (3 kiss face emojis). Hit me up when you get up. Good morning love." |

19.     On February 27, 2024, Detective Sarfde applied for and was granted a search warrant for records from the TextNow, Inc. account that was using the phone number (603) 741-0877.  On March 6, 2024, Detective Sarfde received correspondence from TextNow, Inc., following the execution of the search warrant.  Detective Sarfde was provided with a Zip File which indicated that the name Chad AMODIO and email address camodio372@gmail.com was affiliated with the TextNow, Inc. phone number (603)741-0877.

20.     Record checks revealed Chad AMODIO lives at ▮▮▮▮▮▮▮▮▮▮Alton Bay, NH 03810 and is a registered Sex Offender in the State of New Hampshire. Records also show that AMODIO was charged with Travel with Intent to Engage in Illicit Sexual Conduct in the State of Maine, and Gross Sexual Assault in the State of New Hampshire.

21.     Around the same timeframe as the chats set forth above, Deputy Chief Aaron Wojtkowski, of the Newbury, MA Police Department (NPD), while utilizing a different UC account depicting a fourteen-year-old female, received an unsolicited message from user "CookieMunchin" on Chat Avenue.  CookieMunchin and UC2 exchanged messages via Chat Avenue from at least early February through mid-March, 2024.  During the chats,

CookieMunchin discussed wanting to pick UC2 up from school and "fool around a little bit." When UC2 advised that she had never "done anything" of a sexual nature before, CookieMunchin stated, "Have to learn sometime" followed by, "I'd be a very patient teacher." CookieMunchin asked UC2 if she could hide apps on her phone and suggested that she download Text Now so that they could communicate via text.

22.     On March 13, 2024, the U.S. Marshals with the assistance of the Alton Bay Police Department arrested Chad AMODIO on a warrant for (272/28/A) Obscene Matter to Minor c272 S28 and (265/26C) Enticement of a Child under age 16, C265 S26C sought by Detective Sarfde. During the booking process, AMODIO stated that his current email address is camodio372@gmail.com.  AMODIO declined to be interviewed. Detective Jordan Bergevine of the Haverhill Police Department seized AMODIO's cell phone (Android cell phone with black case), and then transferred custody of the cell phone to Detective Sarfde at the Haverhill Police Department, where the cell phone was logged and placed into evidence.

23.     On July 26, 2024, The Honorable Andrea K. Johnstone, United States Magistrate Judge for the District of New Hampshire, signed a federal search warrant (24-mj-184-01-AJ) authorizing the search of Amodio's cell phone (Subject Device) for evidence of violations of 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor.

24.     On July 29, 2024, HSI Computer Forensics Agent (CFA) Duane Jacques executed search warrant 24-mj-184-01-AJ and obtained a forensic image file of the Subject Device.  On July 31, 2024, CFA Jacques began an analysis of the forensic image file for evidence described in Attachment B of the search warrant.

25.     On August 1, 2024, CFA Jacques found a thumbnail from the Google Photos application with an image containing 12 different photos. One of the 12 images depicted a nude

female juvenile with her vagina exposed to the camera with an undetermined object inserted into her vagina. A second image of the 12, while not clearly CSAM, appears to be taken from the perspective of an adult subject with no visible clothing who is lying on their back with the camera pointed towards their bare legs, which are bent at the knee.  Two juvenile females with no visible clothing are looking towards the camera and are seated on either side of the adult's legs.  At that point CFA Jacques stopped analysis of the device and notified me of his findings.

26.    Based on CFA Jacques' findings, I am seeking a new search warrant to expand the search of the Subject Device for evidence of additional crimes—specifically, violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of/Access with Intent to View Child Pornography.

## CHARACTERISTICS COMMON TO INDIVIDUALS WITH AN INTEREST IN CHILD PORNOGRAPHY

27.    Based on my previous investigative experience related to child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know there are certain characteristics common to individuals who view and/or possess, receive, and/or distribute images of child pornography:

   a.  Individuals who possess, receive, and/or distribute child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children, or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media, or from literature describing such activity. Individuals who have a sexual interest in children or images of children often retain such images for many years.

   b.  Individuals who possess, receive, and/or distribute child pornography also may correspond with and/or meet others to share information and materials, rarely destroy correspondence from other child pornography distributors/possessors,

conceal such correspondence as they do their sexually explicit material, and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. Forums, such as chat rooms, bulletin boards, newsgroups or IRC chat rooms have forums dedicated to the trafficking of child pornography images.

**c.** I know, based on my training and experience, that people who have a demonstrated sexual interest in children and child pornography often maintain collections of images of child pornography. I am therefore requesting authorization to search the Device for evidence of child pornography or any communication involving the sexual abuse or exploitation of children, and evidence relating to the possession, receipt, or access with intent to view any child pornography or child exploitation material.

## COMPUTERS, ELECTRONIC STORAGE, AND FORENSIC ANALYSIS

28.     As with most digital technology, communications made from a computer or cellular phone are often saved or stored on that computer.  Storing this information can be intentional, for example, by saving an e-mail as a file on the computer or saving the location of one's favorite websites in "bookmarked" files.  Digital information can also be retained unintentionally.  Traces of the path of an electronic communication may be automatically stored in many places, such as temporary files or ISP (Internet Service Provider) client software, among others.  In addition to electronic communications, a computer user's Internet activities generally leave traces in a computer's web cache and Internet history files.

29.     Computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a hard drive, deleted, or viewed via the Internet.

Electronic files downloaded to a hard drive can be stored for years at little or no cost. Even when such files have been deleted, they can be recovered months or years later using readily available forensic tools.  When a person "deletes" a file on a home computer, the data contained in the file does not actually disappear; rather, that data remains on the hard drive until it is overwritten by new data.  Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space -- that is, in space on the hard drive that is not allocated to an active file or that is unused after a file has been allocated to a set block of storage space -- for long periods of time before they are overwritten.  In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.  Similarly, files that have been viewed via the Internet are automatically downloaded into a temporary Internet directory or "cache."  The browser typically maintains a fixed amount of hard drive space devoted to these files, and the files are only overwritten as they are replaced with more recently viewed Internet pages.  Thus, the ability to retrieve residue of an electronic file from a hard drive depends less on when the file was downloaded or viewed than on a particular user's operating system, storage capacity, and computer habits.

30.     *Forensic evidence.*  As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when.  I know that electronic devices store evidence that can inform investigators who used the Device, when, and how it was used.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

31.     A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

32.     The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process.  Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.  Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves.  Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

33.     Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

34.     *Nature of examination.*  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Device consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

35.     *Manner of execution.*  Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises.  Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

36.    Based on the foregoing, there is probable cause to believe contraband, evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A(a)(5)(B), possession of/access with intent to view child pornography, will be found on the Device described in Attachment A.  I respectfully request that this Court issue a search warrant for the Device, authorizing the seizure and search of the items described in Attachment B.

/s/ Lori Robinson
Special Agent Lori Robinson
Department of Homeland Security
Homeland Security Investigations

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date:   Aug 13, 2024

Time:   3:45 PM, Aug 13, 2024

Hon. Andrea K. Johnstone
United States Magistrate Judge
District of New Hampshire

## **ATTACHMENT A**

The property to be searched includes one Android Cell phone with Black case, seized from Chad AMODIO, and currently in the custody of Homeland Security Investigations, 275 Chestnut Street, Room 307, Manchester, New Hampshire 03101 ("the Device").   This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

All records on the Device described in Attachment A that relate to violations of 18 U.S.C.

§ 2252A(a)(5)(B), including:

      1.     Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, e-mail messages, chat logs, electronic messages, or other digital data files) pertaining to child pornography as defined in 18 U.S.C. § 2256(8) or to the possession of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

      2.     In any format and medium, all originals, computer files, and copies of child pornography as defined in 18 U.S.C. § 2256(8), child exploitation material, visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), images or videos of children showering or using the bathroom, or child erotica.

      3.     Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the owner of the Device for the purpose of receiving, sending, or discussing child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

      4.     Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs, electronic messages, and other digital data files) concerning child pornography or membership in online groups, clubs, or services that provide or make accessible child pornography to members.

      5.     Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, e-mail messages, chat logs, electronic messages, and other digital data files), pertaining to use or ownership of the Device described above.

      6.     Any and all documents, notes, correspondence, and any other records reflecting personal contact with or solicitation of minors for child pornography and/or child erotica.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.